# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TASK ORDER

| | | |
|---|---|---|
| 1. NAME AND ADDRESS OF CONTRACTOR<br>ALCATEC LLC<br>5250 CALAXIE DRIVE<br>JACKSON MS 392064352<br>DISASTER [illegible] CENTER 2006 APR 20 PM 1:37 | 2. CONTRACT NUMBER<br>HSFEHQ-06-D-0429 | 4. REQUISITION NUMBER<br>AN01424Y2006T |
| | 3. TASK ORDER NUMBER<br>HSFEHQ-06-J-0001 | 6. ORGANIZATION<br>Individual Assistance |
| 5. NAME OF PROJECT OFFICER<br>David Porter | 7. NAME OF PROJECT MONITOR | |

8. ACCOUNTING AND APPROPRIATION DATA

See Continuation Page

9. WORK DETAILS

A. DESCRIPTION

The contractor shall provide Phase-In services in accordance with the above numbered contract in response to disaster declaration DR-1604-MS. Work shall be performed in accordance with the contract, Section C, Performance Work Statement.

B. FIRM FIXED PRICE

Firm Fixed Price: $6,111,000

C. PERIOD OF PERFORMANCE

The period of performance for this task order is date of task order award through 30 days.

D. CONSIDERATION

The contractor shall be paid in accordance with CLIN 1000 and other terms and conditions of the above numbered contract. The government shall not be liable for any costs incurred by the contractor in excess of the firm fixed price.

EXHIBIT "A"

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION G.6 OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: |
|---|---|---|
| Chandra G. Lewis, CO | Chandra G Lewis | APR 18 2006 |