# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 2

2. AMENDMENT/MODIFICATION NO.: 0001
3. EFFECTIVE DATE: May 30, 2006
4. REQUISITION/PURCHASE REQ. NO.: AN01424Y2006T
5. PROJECT NO. (If applicable)

6. ISSUED BY — CODE
Federal Emergency Management Agency
Financial & Acquisition Management Div
Readiness, Response & IT Branch
500 C Street, S.W., Room 350
Washington DC 20472

7. ADMINISTERED BY (If other than Item 6) — CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)
ALCATEC LLC
5250 GALAXIE DRIVE
JACKSON MS 392064352

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO.: HSFEHQ-06-D-0429 HSFEHQ-06-J-0001
X 10B. DATED (SEE ITEM 13)

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: Changes 52.243-1 alt 1 |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is for the following:
A. There was an error on a contract line item number (CLIN) unknown to the Government until after contract award. You had proposed a cost of $6,111,000 for CLIN 1000, Phase In as the total cost. It was determined your proposed cost was based on 6700 units at $912.00 each for the Phase In period of 30 calendar days.
B. During the Phase In period, you have received 2,124 units. The Government must reduce this cost to equate to your proposed unit cost of $912.00 times the actual number of units assigned within the 30 day period.
C. As a result of this change, the total amount of CLIN 1000, Phase In is decreased by $4,173,912.00.
D. CLIN 1000, Phase In is changed to read $1,937,088.00. ($912.00 x 2,124)
E. All other terms and conditions remain the same.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Michael E. White
Contracting Officer

15B. CONTRACTOR/OFFEROR
(Signature of person authorized to sign)
15C. DATE SIGNED

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)
16C. DATE SIGNED: 7 June 06

STANDARD FORM 30 (REV. 10-83)

EXHIBIT "B"