FEMA

=> AN0:5?? ...

**MEMORANDUM FOR:** David Shaner, FEMA Disaster Finance Office

**FROM:** Jerome P. Harper

**COPY:** Mary Brewin, FEMA Contracts Officer

**DATE:** July 11, 2006

**COTR TRACKING #:** MDC-008

**SUBJECT:** Invoice Review – Alcatec, LLC

**Contractor:** Alcatec, LLC

~~**Contract #:** HSFEHQ-06-D-0428~~

**Voucher Number/TO:** CLIN 1000

**Date of Invoice:** June 2, 2006

**Date of Invoice review by COTR:** June 29, 2006

**Invoice Amount:** $ 6,111,000.00

**Summary of Review:** **Recommend partial payment of $ 1,937, 088.00**

**Comments:** COTR certifies the services were performed and he approves a partial payment of $ 1,937,088.00 of the invoice amount until parties can reach final agreement as to the correct CLIN 1000 amount. The COTR review is based on the voucher and justification emailed in the modified invoice materials provided on June 14, 2006.

U.S. Department of Homeland Security
FEMA – Katrina Recovery Division – Transitional Housing
Transitional Housing Program COTR – Mississippi

(Cell) 832-588-0129
(Email) jerome.harper@dhs.gov

EXHIBIT "C"