Jul 11 06 08:22p FEM[illegible] 60188527' p.3

7/22

# PUBLIC VOUCHER FOR THE PURCHASES AND SERVICES OTHER THAN PERSONAL

VOUCHER NO.

U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION: Federal Emergency Management Agency [illegible] [illegible] [illegible]

DATE VOUCHER PREPARED: [illegible]

CONTRACT NUMBER AND DATE: [illegible]

REQUISITION NUMBER AND DATE

PAID BY

PAYEE'S NAME AND ADDRESS: Alcmac, LLC [illegible] Drive Jackson, MS [illegible] (601) [illegible]

DATE INVOICE RECEIVED

DISCOUNT TERMS: N/A

PAYEE'S ACCOUNT NUMBER

SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES | QUANTITY | UNIT PRICE COST | PER | AMOUNT |
|---|---|---|---|---|---|---|
| | [illegible] | CLIN 1000 | 1 | | | [illegible] |
| | | | | | | 1,937,088.00 |

(Payee must NOT use the space below) TOTAL $

PAYMENT: ☐ PROVISIONAL ☐ COMPLETE ☐ PARTIAL ☐ FINAL ☐ PROGRESS ☐ ADVANCE

APPROVED FOR: PARTIAL PAYMENT $1,937,088.00

EXCHANGE RATE

DIFFERENCES

BY: [signature]

TITLE: COTR 7/11/2006

Amount verified; correct for

SIGNATURE

[illegible]

(Date) Authorized Certifying Officer (Title)

ACCOUNTING CLASSIFICATION

PAID BY: CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank)

CASH | DATE | PAYEE

PER

TITLE

CERTIFIED [initials] 7/24/06

CONTROL # 31841 DUE DATE 7/22

OBLIGATION # HQ-0429

DR # Maint. DATE POSTED 7/31

MISC Cindy

EXHIBIT "D"