# FEDERAL EMERGENCY MANAGEMENT AGENCY

## Receiving Document

OBLIGATION: HSFEHQ-06-0429 TASK ORDER: HSFEHQ-06-J-0001
VENDOR: Alcatec, LLC

| QUANTITY | INVOICE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| Phase-In | FEMA-MaintTTMH2June06resub | Phase-In | $3,846,471.69 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL APPROVED<br>TOTAL INVOICED | | | $0.00<br>$3,846,471.69 |

_____ ALL SUPPLIES/SERVICES HAVE BEEN RECEIVED /ACCEPTED

__X__ ALL SUPPLIES/SERVICES HAVE NOT BEEN RECEIVED/ACCEPT

ACCS INFORMATION: BFY FUND PROG OBJ

SIGNATURE: Raymond P Burgett "REJECTED" DATE 3 JUL 07

Rejected, reference email dated 29May06, from Mary Brewin to Rosemary R. Barbour, with CC to Jerry Harper and Michael Keeney, informing Rosemary Barbour of an error on Alcatec's Phase In Cost. 'COTRS

Where is this email-
What did it say?

Got
9/26/06

EXHIBIT "E"