July 20, 2007

REQUEST FOR FINAL
CONTRACTING OFFICER'S DECISION

Mr. Willie Bethune
Contracting Officer
Federal Emergency Management Agency
Financial and Acquisition Management Division
Flood, Fire and Mitigation Branch
500 C Street, S.W., Room 350
Washington, D.C. 20472

(Via Certified Mail -
Return Receipt Requested)

Re: Contract No. HSFEH-06-R-8AMS
Maintenance and Deactivation of Manufactured Homes and Travel Trailers
Contractor: Alcatec, LLC

Dear Sir:

As you know, the Government entered into the Contract referenced above with Alcatec, LLC ("Alcatec"), the General Contractor. The Contract and all attachments, as well as the Government's Solicitation and Alcatec's Proposal, are in the possession of the Government and are incorporated herein by reference.

The Contract provided for Contract Line Item Number ("CLIN") pricing, as did the Government's Solicitation and the Proposal of Alcatec. In one of the line items, the Contract provided for CLIN 1000 "Phase-In", and the RFQ, the Proposal and the Contract provided that CLIN 1000 was to be a lump sum price.

In Section M, Factor 6 of the Solicitation, it was stated that: "The government will evaluate the proposed Phase-In Plan. The successful Offeror will have 30 days from date of Contract award to complete Phase-In requirements." Obviously, the Contract contemplated that Alcatec would complete all work under CLIN 1000 within 30 days, and that Alcatec would be paid the lump sum amount contained in CLIN 1000 immediately upon completion of this item. This payment term is specifically set forth in Section G.1 of the Contract, which states: "Payment shall be made on a task order basis and monthly installments based on Contract Line Item quantities accepted."

Alcatec timely completed and invoiced the Government for all work required of Alcatec pursuant to CLIN 1000. The amount invoiced to the Government by Alcatec was $6,111,000.00, which is the Contract amount for CLIN 1000 agreed to by both parties.

Despite the proper billing by Alcatec for all work pursuant to CLIN 1000, the Government failed and refused to pay Alcatec the Contract amount for CLIN 1000. Instead, the

EXHIBIT "F"

Government arbitrarily reduced the Contract amount for CLIN 1000 by $4,173,912.00, and paid Alcatec the reduced amount of $1,937,088.00. The Government attempted to justify this reduction by contending that CLIN 1000 was based upon a specific number of units to be performed by Alcatec, and that CLIN 1000 should be reduced when the number of units assigned to Alcatec was reduced from 6,700 units to 2,124 units.

Alcatec objected to this reduction, but the Government has failed and refused to pay Alcatec the Contract amount for CLIN 1000. The Government has asserted that the Contract amount for CLIN 1000 "was an error unknown to the Government until after the Contract was awarded accepting Alcatec's proposed cost of $6,111,000.00 for CLIN 1000." In a clear contradiction to its own theory, the Government later stated that the $1,937,088.00 payment made to Alcatec for CLIN 1000 was not a final payment, but was, instead, a "recommended partial payment", which the Government stated was being paid "until parties can reach final agreement as to the correct CLIN 1000 amount." (*See* FEMA Memorandum dated July 11, 2006, attached hereto as Exhibit "A"). It should be noted that this Memorandum specifically states that FEMA "certifies the services were performed" with regard to Alcatec's completion of CLIN 1000. Following this Memorandum, the Government paid Alcatec an additional $327,440.31 for CLIN 1000.

Contrary to the Government's assertion, CLIN 1000 was a lump sum line item under the Solicitation, under Alcatec's Proposal, and under the Contract. There is no basis for the Government's position that this lump sum line item can be reduced based upon a reduction in the units performed by Alcatec. Instead, the Solicitation, Proposal and Contract are abundantly clear that the work performed under CLIN 1000 is to include preparation expenses, mobilization expenses, "and all efforts necessary during the Phase-In to insure the ability to successfully perform the tasks and activities associated with this Contract. This task shall be completed within 30 days of Contract award." This pricing is also clearly set forth in the "Proposal Pricing Sheets", which list CLIN 1000, Phase-In, as one lump sum with no units assigned. (*See* Attachment I, Page 1 of the Contract).

The Government officials who drafted the Solicitation and the Contract correctly understood and accounted for the fact that front-end costs, preparation costs and mobilization costs are incurred regardless of the number of units which may ultimately be performed by the contractor. These costs are incurred before the final number of units to be performed by the contractor is known, so those costs are, by necessity, incurred without regard to the number of units which may follow. That is precisely the reason the Government drafted the Solicitation and the Contract to provide that CLIN 1000 was a lump sum pay item, independent of any number of units.

If there were any doubt as to the proper interpretation of the Contract as it relates to CLIN 1000, that doubt can be eliminated by looking at the Government's own documents prepared after the Contract was executed. In a FEMA Task Order dated April 18, 2006 and signed by the Contracting Officer, the Government described the Contract amount for CLIN 1000 as follows: "Firm Fixed Price: $6,111,000." (*See* Task Order attached hereto as Exhibit "B"). On February 9, 2007, the Contracting Officer signed Amendment/Modification No.

P00002, and the Government stated on Page B-2 that CLIN 1000 was: "Fixed Rate $6,111,000.00." (*See* Amendment/Modification attached hereto as Exhibit "C").

The Government's unilateral and unfounded alteration of the Contract terms has subjected Alcatec to potential liability from its subcontractors, who had the same payment provision for CLIN 1000 incorporated into their subcontracts, Alcatec has, in fact, already been sued by one subcontractor for the failure to pay the full lump sum amount for CLIN 1000.

Alcatec's Contract price of $6,111,000.00 for CLIN 1000 was accepted by the Government, after which Alcatec proceeded to satisfactorily perform all work required for CLIN 1000. The Government had no contractual basis or justification for unilaterally reducing Alcatec's lump sum Contract amount for CLIN 1000.

Alcatec does, therefore, hereby make a claim in the amount of $3,846,471.69 for payment in full of the remainder of CLIN 1000 pursuant to the Contract.

In addition, Alcatec is entitled to the Interest Penalty set forth in Section I, Page I-13 of the Contract, FAR 52.232-25, for the Government's failure to pay the Contract amount for CLIN 1000 within the time specified in the Contract.

Alcatec does hereby request a Final Contracting Officer's Decision with regard to this claim. Alcatec's certification of the claim follows below.

Respectfully submitted,

ALCATEC, LLC

By:______________________________
Rosemary Barbour
Managing Member

<u>CERTIFICATION</u>

Pursuant to the Contract Disputes Act, I certify that this claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief and that the amount requested accurately reflects the Contract adjustment for which Alcatec believes the Government is liable.

______________________________
Alcatec, LLC
Rosemary Barbour, Managing Member