IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALCATEC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-113C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR
AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims (RCFC), Defendant, the United States, respectfully requests a 30-day enlargement of time, to and including May 28, 2008, within which to file its response to Alcatec, LLC.'s, (Alcatec) complaint. Our response is currently due on April 28, 2008, and this is defendant's first request for an enlargement of time for this purpose. Alcatec's counsel authorized counsel to state that Alcatec does not oppose the Court's granting this request.

The purpose of enlargement is to permit counsel for the parties to explore the possibility of an amiable resolution. Alcatec's counsel has provided he Government documents relating to its claim for review in order to expedite the Government's assessment of the case.

For the foregoing reasons, the Government respectfully requests that the Court grant this unopposed motion for an enlargement of time, to and including May 28, 2008, within which the Government may file its response to the complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

John A. Thompson
Senior General Attorney
General Law Division
Office of the General Counsel

DHS/Federal Emergency
Management Agency

April 21, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 21st day of April, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John S. Groat