IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALCATEC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-113C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES TO**
**<u>SUSPEND ALL PROCEEDINGS FOR 90 DAYS</u>**

Defendant, upon behalf of the parties, respectfully requests that this Court issue an order to suspend all proceedings in this matter for 90 days, to and including August 26, 2008. Defendant's response to the complaint is now due on May 28, 2008, and the Court previously has granted defendant an enlargement of time of 30 days within which to respond to Alcatec, LLC's ("ALCATEC") complaint. ALCATEC's counsel has reviewed this motion and authorizes Government counsel to state that ALCATEC joins in this motion.

Because of other related matters that potentially would affect any discovery in this action, both parties believe that the interests of justice and the most efficient resolution of this matter can be best achieved by suspending all proceedings in this matter for 90 days.

For the foregoing reasons, the parties respectfully request that this Court grant this motion and enter an order suspending all proceedings in this matter for 90 days, to and including August 26, 2008, and direct the defendant to file a status report regarding further proceedings on or before August 26, 2008.[1]

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

REGINALD T. BLADES, JR.
Assistant Director

/s/ John. S. Groat
JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

Attorneys for Defendant

OF COUNSEL:

John A. Thompson
Senior General Attorney
General Law Division
Office of the General Counsel

DHS/Federal Emergency
Management Agency

May 27, 2008

---

[1] Should the Court deny this motion, the Government respectfully requests that the Court provide for the Government to file its response to ALCATEC's complaint within 14 days of the Court's order.

**CERTIFICATE OF FILING**

I hereby certify that on May 27, 2008, a copy of the foregoing DEFENDANT'S MOTION ON BEHALF OF THE PARTIES TO SUSPEND ALL PROCEEDINGS FOR 90 DAYS, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John S. Groat