# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ALCATEC, LLC,** *

Plaintiff, *

v. * No. 08-113C

**THE UNITED STATES,** * (Filed May 27, 2008)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant's Motion Upon Behalf of the Parties To Suspend All Proceedings for 90 Days filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is suspended for a period of 90 days.

2. Defendant shall file a Status Report on behalf of the parties or otherwise respond to the complaint by August 26, 2008.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge