IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ALCATEC, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-113C |
| | ) | (Judge C. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES TO CONTINUE THE SUSPENSION OF ALL PROCEEDINGS FOR AN ADDITIONAL 62 DAYS**

Defendant, upon behalf of the parties, respectfully requests that this Court issue an order to continue the suspension of all proceedings in this matter for an additional 62 days, to and including October 27, 2008. Pursuant to the Court's May 27, 2008 order, defendant is to file a status report or otherwise respond to the complaint on or before August 26, 2008. The Court previously has granted defendant an enlargement of time of 30 days within which to respond to Alcatec, LLC's ("ALCATEC") complaint and the parties' joint motion for a suspension of all proceedings for 90 days. ALCATEC's counsel has reviewed this motion and authorizes Government counsel to state that ALCATEC joins in this motion.

The basis upon which the parties request the continuation of the suspension of all proceedings is the identical reason which prompted the parties' previous motion to suspend. Because of other related matters that potentially would affect

any discovery in this action, both parties believe that the interests of justice and the most efficient resolution of this matter can be best achieved by suspending all proceedings in this matter for an additional 62 days.

For the foregoing reasons, the parties respectfully request that this Court grant this motion and enter an order to continue the suspension of all proceedings in this matter for an additional 62 days, to and including October 27, 2008, and direct the defendant to file a status report regarding further proceedings or otherwise respond to the complaint on or before October 27, 2008.[1]

Respectfully submitted,

Gregory G. Katsas
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

REGINALD T. BLADES, JR.
Assistant Director

---

[1] Should the Court deny this motion, the Government respectfully requests that the Court provide for the Government to file its response to ALCATEC's complaint within 14 days of the Court's order.

OF COUNSEL:

/s/ John. S. Groat

John A. Thompson
Senior General Attorney
General Law Division
Office of the General Counsel

DHS/Federal Emergency
Management Agency

JOHN S. GROAT
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-8260
Fax: (202) 514-7965
jack.groat@usdoj.gov

August 25, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 25, 2008, a copy of the foregoing DEFENDANT'S MOTION UPON BEHALF OF THE PARTIES TO CONTINUE THE SUSPENSION OF ALL PROCEEDINGS FOR AN ADDITIONAL 62 DAYS, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/John S. Groat