# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **ALCATEC, LLC**, | * | |
| Plaintiff, | * | |
| v. | * | No. 08-113C |
| **THE UNITED STATES**, | * | (Filed Aug. 25, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## <u>ORDER</u>

Defendant's Motion Upon Behalf of the Parties To Continue the Suspension of All Proceedings for an Additional 62 Days filed this date is granted. Accordingly,

**IT IS ORDERED**, as follows:

1. This case is suspended for a period of 62 days.

2. Defendant shall file a Status Report on behalf of the parties or otherwise respond to the complaint by October 27, 2008.

s/ Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge